J56

1  ALAN J. LAZARUS (SBN #129767)
   alan.lazarus@dbr.com
2  RODNEY M. HUDSON (SBN #189363)
   rodney.hudson@dbr.com
3  KRISTA L. COSNER (SBN #213338)
   krista.cosner@dbr.com
4  50 Fremont Street, 20th Floor
   San Francisco, CA  94105-2235
5  Telephone:   (415) 591-7500
   Facsimile:    (415) 591-7510
6
7  WILLIAM A. HANSSEN (SBN #110613)
   william.hanssen@dbr.com
   DRINKER BIDDLE & REATH LLP
8  1800 Century Park East, Ste. 1400
   Los Angeles, CA 90067
9  Telephone:   (310) 203-4000
   Facsimile:    (310) 229-1285
10
   Attorneys for Defendants
11 MATRIXX INITIATIVES, INC. and ZICAM, LLC

FILED
CLERK, U.S. DISTRICT COURT

OCT 1 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

12                 UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14

15 JUSTIN SULLIVAN,                      Case No. CV11- 2561 PA (PLAx)

16            Plaintiff,                 **STIPULATION TO DISMISS
                                         WITH PREJUDICE**
17 v.

18 MATRIXX INITIATIVES, INC., a
   Delaware corporation, formerly known
19 as Gum Tech International, Inc.;
   ZICAM, LLC, an Arizona limited
20 liability company, formerly known as
   Gel Tech, LLC; and Does 1 through 10,
21 inclusive,

22            Defendants.

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO DISMISS WITH PREJUDICE
SF01/ 786405.1                                        CASE NO. CV11- 2561

1    Plaintiff and defendants, by and through their attorneys, hereby stipulate and

2    agree that the Complaint and cause of actions of Plaintiff Justin Sullivan shall be

3    dismissed with prejudice in its entirety against all defendants with each of the

4    parties to bear his, her or its own costs, expenses and attorneys' fees

5    incurred herein.

6

7

8    Dated:    October __10__, 2011          DRINKER BIDDLE & REATH LLP

9

10                                          By: _Spencer Sowler /FOR_
                                               William A. Hanssen
11

12                                          Attorneys for Defendants
                                            MATRIXX INITIATIVES, INC. and
13                                          ZICAM, LLC

14   Dated:    October __6th__, 2011         LAW OFFICE OF KATHRYN M. FORGIE

15
                                            BY: _____
16                                             Kathryn M. Forgie

17                                          Attorney for Plaintiff
                                            JUSTIN SULLIVAN
18

19

20

21                                          IT IS SO ORDERED.

22                                          DATED: ____10/17/11____

23

24                                          _____
                                            UNITED STATES DISTRICT JUDGE
25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO DISMISS WITH PREJUDICE          - 2 -          CASE NO. CV11-2561
SF01/786405.1